UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

E. DRAKE,

    Plaintiff,

v.

JONES LANG LASALLE SERVICE INC.,

    Defendant.

Case No. 18-cv-1054-JPG-SCW

## MEMORANDUM AND ORDER

    This matter comes before the Court for case management purposes. The Court notes that plaintiff Eric Drake resides in Dallas, Texas. The citizenship of defendant Jones Lang LaSalle Service Inc. is unknown, although it does business in Illinois and has several offices in northern Illinois. *See* JLL, Locations, http://www.jll.com/locations (visited May 4, 2018). The events giving rise to this action occurred exclusively in Dallas, Texas, and the most relevant witnesses are likely to reside in or around Dallas, Texas. There is no indication that the plaintiff's complaints have anything to do with the defendant's business in Illinois, and there is no indication that this case has any connection whatsoever to the Southern District of Illinois. This leads the Court to doubt whether this case belongs in the Southern District of Illinois. For this reason, the Court **ORDERS** the plaintiff to **SHOW CAUSE** on or before May 25, 2018, why the Court should not transfer this case to the United States District Court for the Northern District of Texas pursuant to 28 U.S.C. § 1404(a). The Court **RESERVES RULING** on the plaintiff's motion for leave to proceed *in forma pauperis* pending a decision about whether the case should be transferred.

**IT IS SO ORDERED.**
**DATED: May 7, 2018**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**