UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

E. DRAKE,

    Plaintiff,

v.

JONES LANG LASALLE SERVICE INC.,

    Defendant.

Case No. 18-cv-1054-JPG-SCW

## **MEMORANDUM AND ORDER**

This matter comes before the Court for case management purposes. In a May 7, 2018, order (Doc. 4), the Court noted that there is no indication this case has anything to do with the Southern District of Illinois, and it expressed doubts about whether the case belongs in this district as opposed to the district encompassing Dallas, Texas, where it appears the relevant events and witnesses reside. The Court ordered plaintiff E. Drake to show cause on or before May 25, 2018, why the Court should not transfer this case pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Northern District of Texas. Drake has not responded to the order to show cause. The Court construes his failure to respond as an admission that this case does not belong in the Southern District of Illinois and should be transferred. Accordingly, the Court **DIRECTS** the Clerk of Court to **TRANSFER** this case to the United States District Court for the Northern District of Texas pursuant to 28 U.S.C. § 1404(a). The transferee court will address Drakes' motion for leave to proceed *in forma pauperis* (Doc. 2).

**IT IS SO ORDERED.**
**DATED: May 29, 2018**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**